IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**VICTOR LAMAR ROGERS, JR.,**

    **Plaintiff,**

v.                                                        Case No. 1:19-cv-138-AW-GRJ

**W. SINGER, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

This is before the Court on the Magistrate Judge's Report and Recommendation (ECF No. 5). No objections have been filed. The Court adopts the Report and Recommendation and incorporates it into this Order. The case is dismissed. The Clerk shall enter a judgment stating: "This case is dismissed pursuant to 28 U.S.C. §§ 1915A(b)(1), 1915(e)(2)(B)(i), and 1915(e)(2)(B)(ii) as malicious and for failure to state a claim on which relief can be granted." The Clerk shall close the file.

SO ORDERED on September 9, 2019.

                                                        s/ *Allen Winsor*
                                                        United States District Judge